# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| REBECCA SMITH and CHRISTINE M. GHANIM, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, UNITED MEDICAL RESOURCES, UNITED HEALTHCARE SERVICE LLC, and DOE Defendants 1-10,<br><br>      Defendants. | No. 22-cv-01658 NEB-DJF<br><br>**DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** |

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., United HealthCare Insurance Company, United Medical Resources, and United HealthCare Service LLC hereby move this court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order dismissing Plaintiffs' First Amended Class Action Complaint. This Motion to Dismiss is supported by the attached memorandum of law, filed contemporaneously herewith, the Court's records and files in this matter, and such oral argument as may be heard by the Court.

Dated: October 28, 2022      DORSEY & WHITNEY LLP

                By _s/ Michelle S. Grant_
                  Stephen P. Lucke (#0154210)

lucke.steve@dorsey.com
Michelle S. Grant (#311170)
grant.michelle@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55302-1498
Telephone:  (612) 340-2600
Facsimile:   (612) 340-2868


Gregory F. Jacob (*pro hac vice*)
Brian D. Boyle (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
gjacob@omm.com
bboyle@omm.com
(202) 383-5300

*Attorneys for Defendants UnitedHealth Group Inc., United HealthCare Services, Inc., United HealthCare Insurance Company, United Medical Resources, and United HealthCare Service LLC*