# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Rebecca Smith, Cristine M. Ghanim,<br><br>    Plaintiffs,<br><br>v.<br><br>UnitedHealth Group Inc., United HealthCare Services, Inc., United HealthCare Insurance Company, United Medical Resources, United Healthcare Service LLC, Doe Defendants,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-1658 NEB/DJF |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. United's Motion to Dismiss (ECF No. 41) is GRANTED; and
2. The above-captioned matter is DISMISSED WITHOUT PREJUDICE.

Date: 5/5/2023                                                                         KATE M. FOGARTY, CLERK