UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REBECCA SMITH and CRISTINE M. GHANIM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITEDHEALTH GROUP INC., UNITED HEALTHCARE SERVICES, INC., UNITED HEALTHCARE INSURANCE COMPANY, UNITED MEDICAL RESOURCES, UNITED HEALTHCARE SERVICE LLC, and Doe Defendants 1-10<br><br>                    Defendants. | Case No. 22-cv-01658 (NEB/DJF) |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiffs Rebecca Smith and Cristine M. Ghanim in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit from the following order of this Court: May 4, 2023 Order [Docket No. 60] granting defendants' motion to dismiss. Final judgment in this case was entered pursuant to that order on May 5, 2023 [Docket No. 61].

Dated: June 5, 2023                              Respectfully submitted,

*s/ Kristen G. Marttila*
Karen H. Riebel, Esq. (MN #0219770)
Kristen G. Marttila, Esq. (MN #0346007)
Derek C. Waller, Esq. (MN #0401120)
LOCKRIDGE GRINDAL NAUEN, P.L.L.P
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel. (612) 339-6900
khriebel@locklaw.com
kgmarttila@locklaw.com
dcwaller@locklaw.com

E. Michelle Drake, Esq. (MN #0387366)
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel. (612) 594-5999
Fax. (612) 584-4470
emdrake@bm.net

Karen L. Handorf, Esq. (pro hac vice)
Julie S. Selesnick, Esq. (pro hac vice)
BERGER MONTAGUE PC
2001 Pennsylvania Ave., NW, Suite 300
Washington, D.C. 20006
Tel. (202) 559-9740
Fax (215) 875-4604
khandorf@bm.net
jselesnick@bm.net

D. Brian Hufford, Esq. (pro hac vice)
Jason S. Cowart, Esq. (pro hac vice)
ZUCKERMAN SPAEDER LLP
485 Madison Avenue, 10th floor
New York, NY 10022
Tel. (212) 704-9660
Fax (212) 704-4256
dbhufford@zuckerman.com
jcowart@zuckerman.com

*Counsel for Plaintiffs*

2